UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
ALLAN BUL  
BEVERLY BUL  

CASE NO. 06-46308-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER  

_____ Debtors _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| MARSHALL FIELD<br>P O BOX 66955<br>ST. LOUIS, MO 63166-0000 | 5 | 19.00 | UNSECURED | 1365939 | 5/2/11 | $ 310.15 |

DATED: May 20, 2011

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
ALLAN BUL  
BEVERLY BUL  

CASE NO. 06-46308-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER  

_____Debtors_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

STEVENSON & BULLOCK  
26100 AMERICAN DRIVE  
SUITE 500  
SOUTHFIELD, MI 48034  

**Last Known Address for Debtors:**

ALLAN BUL  
BEVERLY BUL  
6020 ARCHSTONE WAY  
APT. 402  
ALEXANDRIA, VA 22310  

DATED: May 20, 2011

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100